UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------- x

BANK OF AMERICA, N.A., as Trustee for the Registered
Holders of Wachovia Bank Commercial Mortgage Trust 2007-
C30, acting by and through its Special Servicer, CWCapital
Asset Management LLC, BANK OF AMERICA, N.A., as
Trustee for the Registered Holders of COBALT CMBS
Commercial Mortgage Trust 2007-C2 and Wachovia Bank
Commercial Mortgage Trust 2007-C31, acting by and through
CWCapital Asset Management LLC pursuant to the authority
granted under that certain Amended and Restated Co-Lender
Agreement dated March 12, 2007 and U.S. BANK NATIONAL
ASSOCIATION, as Trustee for the Registered Holders of ML-
CFC Commercial Mortgage Trust 2007-5 and ML-CFC
Commercial Mortgage Trust 2007-6, acting by and through CW
Capital Asset Management LLC pursuant to the authority
granted under that certain Amended and Restated Co-Lender
Agreement dated March 12, 2007,

**SUMMARY ORDER
DENYING MOTION
TO INTERVENE**

10 Civ. 1178 (AKH)

      Plaintiffs,

 -against-

PCV ST OWNER LP, ST OWNER LP, TRI-LINE
CONTRACTING CORP., ATLAS FIRE PROTECTION, INC.,
POMALEE ELECTRIC CO, INC., REFUSE SYSTEMS CORP.,
PRO TITLE DISTRIBUTORS, INC., TRITON STONE AND
MARBLE LLC, S.T.S. TRADING INC. d/b/a S.T. LUMBER &
HOME CENTER, ELECTRICAL, PLUMBING, S.D. INT'L
d/b/a S.D. STONE DEPOT, ELBEX AMERICA OF NEW
YORK, INC., NEW YORK CITY DEPARTMENT OF
TRANSPORTATION PARKING VIOLATIONS BUREAU,
NEW YORK CITY ENVIRONMENTAL CONTROL BOARD
and FIRE DEPARTMENT OF THE CITY OF NEW YORK,

      Defendants.

-------------------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   On April 29, 2010, I heard oral argument on the motion, filed by Appaloosa Investment L.P., I, Palomino Fund Ltd., Thoroughbredfund L.P., and Thoroughbred Master Ltd., to intervene as party defendants pursuant to Rule 24(a) of the Federal Rules of Civil Procedure.

For the reasons stated on the record, the motion is denied.

The Clerk shall mark the motion (Doc. No. 16) terminated.

SO ORDERED.

Dated:   April 30, 2010
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge